**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Kimberly A. Schreiber v. Check Plus Systems, L.P., d/b/a CPS - Security, a Texas limited partnership.

Case Number:
FILED: APRIL 1, 2008
08CV1864    PH
JUDGE MAROVICH
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Kimberly A. Schreiber.

| | |
|---|---|
| NAME (Type or print) | |
| Mary E. Philipps | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mary E. Philipps | |
| FIRM | |
| Philipps & Philipps, Ltd. | |
| STREET ADDRESS | |
| 9760 South Roberts Road, Suite One | |
| CITY/STATE/ZIP | |
| Palos Hills, Illinois 60465 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06197113 | (708) 974-2900 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐