UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| Kimberly A. Schreiber, Plaintiff, | Docket Number: 08CV1864 |
| | Assigned Judge: JUDGE MAROVICH |
| v. | Designated Magistrate Judge: MAGISTRATE JUDGE COX |
| Check Plus Systems, L.P., d/b/a CPS – Security, a Texas limited partnership, Defendant. | |

To: Check Plus Systems, L.P., d/b/a CPS – Security
C/O Jack O'Hara, as registered agent
606 N. Carancahua
12th Floor
Corpus Christi, Texas 78476

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_
(By) DEPUTY CLERK

Date

**April 1, 2008**
Date

## RETURN OF SERVICE

DATE: 4-11-08 @ 1:45 P.M.

Service of the Summons and Complaint was made by me.

NAME OF SERVER (PRINT): Joe R. Perez

TITLE: Process Server

*Check one box below to indicate appropriate method of service-*

[✓] Served personally upon the defendant. Place where served: 606 N. Carancahua #1210, Corpus Christi Texas

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): by delivering to Jack O'Hara, registered agent, by delivering to Malak Afran, vice-president

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/08

Signature of Server: Joe R Prez SC1527

JOE R. PEREZ
TEXAS CERTIFIED PROCESS SERVER
SC #1527

Express Process Service, Inc
1201 N. Post Road, Ste. 5
Indianapolis, IN 46219

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 08CV1864

Plaintiff:
**Kimberly A. Schreiber**
vs.
Defendant:
**Check Plus Systems, L.P., d/b/a CPS-Security**

Received by EXPRESS PROCESS SERVICE, INC. on the 3rd day of April, 2008 at 8:37 am to be served on **Check Plus Systems, L.P. d/b/a CPS-Security c/o Jack O'Hara, Registered Agent, 606 N. Carancahua, 12 Floor, #1210 Corpus Christi, TX 78476**. I, Joe R. Perez, being duly sworn, depose and say that on the 14th day of April, 2008 at 1:45 p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving Malak Afran as Vice President.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age 35  Sex (M) F  Race White  Height 5'9"  Weight 240  Hair Brown  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 14th day of April, 2008 by the affiant who is personally known to me.

Roanne Ayala
NOTARY PUBLIC

ROSANNE AYALA
Notary Public
State of Texas
My Comm. Exp. 07/19/2011

Joe R Perez SC1527
**JOE R. PEREZ**
PROCESS SERVER # TEXAS CERTIFIED PROCESS SERVER
Appointed in accordance     SC #1527
with State Statutes

EXPRESS PROCESS SERVICE, INC.
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2008002485

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f