## N THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Kimberly A. Schreiber, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   08 C 1864 |
| ) | |
| Check Plus Systems, L.P., d/b/a CPS -- ) | Judge Marovich |
| Security, a Texas limited partnership ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff, Kimberly A. Schreiber, hereby stipulates to the dismissal of this action without prejudice.

Dated: May 30, 2008

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps  (Ill. Bar No. 06196285)
Mary E. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I, David J. Philipps, hereby certify that on May 30, 2008 a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class, postage pre-paid on May 30, 2008 by 5:00 p.m.

Check Plus Systems, L.P., d/b/a CPS - Security
c/o David C. Sander
Scanlan, Buckle & Young, P.C.
602 West 11th Street
Austin, Texas 78701


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com